UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF CASSIE M. CORBIN; GLORIA WRIGHT; MAURICE CORBIN; GEORGE CORBIN; KARIN CORBIN; JEFF CORBIN; MARK FRANKLN; JOEL FRANKLIN; ROBIN TURNER; TRENT TAYLOR; UNKNOWN HEIRS AND LEGATEES OF CASSIE M. CORBIN; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; <br><br> Defendants. | Case No.:14-cv-10308 <br><br> Judge: Matthew Kennelly <br><br><br><br><br><br> Magistrate Judge: <br> Mary Rowland |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com